# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE D., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 20-03830-GW (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner denying benefits and remanding for further proceedings consistent with the Report and Recommendation.

Date: February 15, 2023

_____
GEORGE H. WU
United States District Judge